UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

Michael Joseph Kanabak aka Michael J Kanabay, Sr. and Linda Ann Kanabay aka Linda Kanabay, Debtors.

CHAPTER 13
CASE NO. 13-13330-WCH

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that HARMON LAW OFFICES, P.C. appears for JPMorgan Chase Bank, National Association to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Respectfully submitted,

JPMorgan Chase Bank, National Association,

By its Attorney

/s/ Richard T Mulligan
Richard T Mulligan, Esquire
BBO# 567602
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
781 398-4800
617-243-4049 (fax)
mabk@harmonlaw.com

Dated: August 15, 2013

201308-0347                              BKR

/Notice of Appearance/Kanabak, Michael

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| IN RE: | CHAPTER 13 |
|---|---|
| Michael Joseph Kanabak aka Michael J Kanabay, Sr. and Linda Ann Kanabay aka Linda Kanabay | CASE NO. 13-13330-WCH |

## CERTIFICATE OF SERVICE

I, Richard T Mulligan, Esquire, state that on August 15, 2013, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee
Carolyn Bankowski, Esquire, Chapter 13 Trustee
Steven Sroczynski, Esquire for the Debtors

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Richard T Mulligan
Richard T Mulligan, Esquire
BBO# 567602

Mr. Michael Joseph Kanabak
aka Michael J Kanabay, Sr.
490 Berkley Street
Taunton, MA 02780-4930

Mrs. Linda Ann Kanabay
aka Linda Kanabay
490 Berkley St
Taunton, MA 02780-4930

RTM//201308-0347/Kanabak, Michael